

Entered on Docket
September 14, 2011

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

1 | KATHLEEN A. LEAVITT
  | CHAPTER 13 STANDING TRUSTEE
2 | 201 Las Vegas Blvd South Suite 200
  | Las Vegas, NV  89101
3 | (702) 853-0700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| **MICHAEL T HOWELL** | BKS-11-21657-BAM |
| | |
| | Hearing Date: N/A |
| Debtor | Hearing Time: N/A |

**PRO SE DEBTOR**
**Attorney for Debtor**

### EX-PARTE ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A through J, the Statement of Financial Affairs and Chapter 13 Plan as required within the forty-five (45) day period, which expired on September 09, 2011.

. . .

. . .

. . .

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7
  /s/ Kathleen A. Leavitt
  KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
  Dated: September 14, 2011
9 (alr)